UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN RENE GONZALEZ ESPINOZA,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center,

Respondent.

Case No. CV 5:26-5811-RAO

JUDGMENT

Pursuant to the Order Granting in Part and Denying in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and denied in part and this action is closed.

DATED: November 10, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE